(March 1, 1940.)

CHARLES EMERSON GURLEY, Respondent, v. JOSEPH L. ROSENBERG, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CLIFFORD H. McCALL and Another, Respondents, v. IRMA J. BROWN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GIBBS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANDY THOMAS, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

PHILIP STEINBERG, Appellant, v. TILLIE STEINBERG, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and direct judgment for the plaintiff, upon the ground that the adultery of the defendant was sufficiently established by the evidence.

GEORGE PANOS, Appellant, v. BRUNO BORSCH and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse the judgment and modify the order by giving plaintiff leave to serve an amended complaint within twenty days.

HARRY BITTERMAN, Appellant, v. FRANK RUBENSTEIN STORES CORP., a Louisiana Corporation, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Certain Supplemental Trust Agreement with PRUDENCE-BONDS CORPORATION, Dated as of March 1st, 1938, Securing Prudence-Bonds Corporation, First Mortgage-Collateral Bonds, Fourteenth Series, Respondent, v. BERNARD C. McCONNELL, Defendant, Impleaded with REALTY ASSOCIATES SECURITIES CORPORATION, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.